JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **NBS Default Services**, <br><br> Petitioner, <br><br> v. <br><br> **Alberto Dirige, Romeo Dirige, Filomena Dirige, City of Highland, County of San Bernardino, Seaboard Inc., JPMorgan Chase Bank, N.A., State of California Franchise Tax Board, Internal Revenue Service, William John Westrem, Sharom Westrem, Elena Dirige, and United States of America**, <br><br> Claimants. | Case No. EDCV 15-2173 AG (DTBx) <br><br> **JUDGMENT** |

The Court enters judgment for Seaboard Inc. in the amount of $53,942.72, which the Clerk's Office shall release to counsel for Seaboard Inc.

Dated October 20, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT